IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, RECEIVER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-0401-N |
| | § | |
| GMAG LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This Order addresses the Receiver's motion for partial summary judgment [90] and the Magness Defendants' motion for summary judgment [123]. Because the parties do not dispute that the transfers at issue were fraudulent as a matter of law under the Texas Fraudulent Transfer Act ("TUFTA"), the Court grants the Receiver's motion for partial summary judgment. Because there are genuine issues of material fact regarding the Magness Defendants' good faith affirmative defense, the Court denies the Magness Defendants' motion for summary judgment. *See* Order [1465] *in Janvey v. Alguire*, Civil Action No. 3:09-CV-724-N (N.D. Tex. filed Apr. 20, 2009) (denying cross-motions for summary judgment on TUFTA good faith defense).

Signed December 21, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE