IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-00401-N |
| | § | |
| GMAG LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

This case was called to trial on January 9, 2017. A jury was empaneled and returned its verdict on January 18, 2017. Previously, the Court denied Plaintiff's motions for judgment as a matter of law and motion for entry of judgment and entered final judgment for Defendants. By separate order of this same date, the Court denies Plaintiff's renewed motion for judgment as a matter of law and motion for new trial and grants Plaintiff's motion to amend or correct the judgment. Based on the jury's verdict and the prior grant of summary judgment for Plaintiff on the issue of Defendants' net winnings, *see* Order [909] *in Janvey v. Alguire*, Case No. 3:09-CV-0724-N (N.D. Tex.), the Court orders that Plaintiff take nothing further – aside from its prior receipt of Defendants' net winnings – by this action against Defendants. The Court dismisses the claims with prejudice. Court costs are taxed against Plaintiff. All relief not expressly granted is denied. This is a final judgment.

Signed December 13, 2017.

                                              _____
                                                   David C. Godbey
                                               United States District Judge