IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, *et al.*, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-CV-401-N-BQ |
| GMAG LLC, *et al.* | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

By separate Order of this same date, the Court granted Ralph Janvey's (the "Receiver") motion for entry of final judgment. The Court determines that the Receiver is entitled to judgment against GMAG LLC, Magness Securities LLC, Gary D. Magness, and Mango Five Family, Inc., in its capacity as trustee for the Gary D. Magness Irrevocable Trust (collectively, the "Magness Defendants").

It is ordered that the Receiver has judgment against the Magness Defendants, jointly and severally, in the amount of $79,684,042.86, together with $45,179,760.74 in prejudgment interest, for a total judgment of $124,863,803.60. It is further ordered that the total judgment amounts shall bear post judgment interest at the rate of .06%, compounded annually from the date of judgment until paid.

FINAL JUDGMENT – PAGE 1

Pursuant to Rule 54(d)(2)(B), the Receiver may move for an award of attorneys' fees within fourteen (14) days of this final judgment.  Court costs are taxed against the Magness Defendants.  All relief not expressly granted is denied.  This is a final judgment.

Signed April 9, 2021.

David C. Godbey
United States District Judge

FINAL JUDGMENT – PAGE 2